# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **BERNETTA STOVALL**, Plaintiff, | )<br>)<br>) |
| v. | ) Case No. 17 C 3298 |
| **THOMAS DART**, Defendant. | )<br>)<br>) |

## MEMORANDUM ORDER

On May 9, 2017, the Court ordered Plaintiff to submit an amended complaint. Plaintiff was warned that her failure to comply with the order by May 30, 2017, would result in dismissal of this case. Plaintiff has failed to comply with this order. The Court's mail to Plaintiff has been returned as undeliverable and Plaintiff has not provided a change of address. Accordingly, this action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(b). See Federal Election Commission v. Al Salvi for Senate Committee, 205 F.3d 1015, 1018 (7th Cir. 2000) (court has authority both inherently and under Rule 41(b) to dismiss case as sanction for failure to prosecute and noncompliance with court order). As the original, rejected complaint has become re-operative, Plaintiff is hereby assessed a "strike" pursuant to 28 U.S.C. § 1915(g) and Paul v. Marberry, 658 F.3d 702, 704-05 (7th Cir. 2011). Furthermore, having brought this action, Plaintiff nevertheless remains obligated to pay the full filing fee. See 28 U.S.C. § 1915(b)(1). Case terminated.

_____
Milton I. Shadur
Senior United States District Judge

Date: June 19, 2017